**O**

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EMAKO WRIGHT,

Plaintiff,

v.

INDYMAC BANK, FSB; ONE WEST BANK, FSB; MERIDIAN FORECLOSURE SERVICE,

Defendants.

Case No. CV 11-06875 DDP (PJWx)

**ORDER GRANTING MOTION TO DISMISS**

[docket number #8]

Presently before the court is Defendant One West Bank's Motion to Dismiss Plaintiff's Complaint. Because Plaintiff has not filed an opposition, the court GRANTS the motion.

Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. C.D. CAL. L.R. 7-9. Additionally, Local Rule 7-12 provides that "[t]he failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." C.D. CAL. L.R. 7-12.

The hearing on Defendant's motion was set for October 17, 2011. Plaintiff's opposition was therefore due by September 26, 2011. As of the date of this Order, Plaintiff has not filed an opposition, or any other filing that could be construed as a request for a continuance. Accordingly, the court deems Plaintiff's failure to oppose as consent to granting the motion to dismiss, and GRANTS the motion.

IT IS SO ORDERED.

Dated: October 6, 2011

DEAN D. PREGERSON
United States District Judge